JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE SOOK AHN,<br><br>           Plaintiff,<br><br>     vs.<br><br>GETTY LEASING, INC.; and DOES 1 to 10,<br><br>           Defendants. | Case No.: 2:22-cv-01139-RGK-PDx<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION [19] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until June 26, 2022 for Plaintiff to dismiss the entire action with prejudice.

All pending matters are vacted.

SO ORDERED.

DATED: June 1, 2022

_____
United States District Court Judge

1
[PROPOSED] ORDER